Marshall Silberberg, Esq., BAR ID #58303
Susan N. Dahlin, Esq. BAR ID #198219
**LAW OFFICES OF MARSHALL SILBERBERG**
3333 Michelson Drive, Suite 710
Irvine, CA 92612
Telephone:  (949) 718-0960
Facsimile:   (949) 266-5811

Attorneys for Plaintiff,
S.A., a minor, BY AND THROUGH
HER GUARDIAN AD LITEM EHSAN AL SABAHI

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.A., a minor, BY AND THROUGH HER GUARDIAN AD LITEM EHSAN AL SABAHI )<br><br>            Plaintiff, )<br><br>vs. )<br><br>UNITED STATES OF AMERICA;  LA MAESTRA COMMUNITY HEALTH CENTERS;. SETAREH JONES, MD; and DOES 1 to 30, inclusive, )<br><br><br><br>            Defendants. )<br>_____ ) | CASE NO.:  **'18 CV 0061 DMS WVG**<br><br>**PERSONAL INJURY COMPLAINT–MEDICAL MALPRACTICE [28 U.S.C.A. §§1346(b), 2671 et seq.; Fed. R. Civ. P. 8(a)]** |

NOW COMES, Plaintiff, S.A., a minor, by and through her Guardian Ad Litem,

EHSAN AL SABAHI, and through undersigned counsel, and hereby sues  defendants,

UNITED STATES OF AMERICA; LA MAESTRA COMMUNITY HEALTH

CENTERS; SETAREH JONES, MD; and DOES 1 to 30, inclusive.

///

///

# I.

## PARTIES AND  JURISDICTION

1.     This is an action for damages exclusive of interest, costs, and attorney's fees.  The plaintiff has claimed damages in the amount of $22,500,000.  This amount will not be exceeded or increased unless newly discovered evidence is revealed that was not discoverable at the time of presenting this claim.

2.     This action for damages is asserted  under the Federal Tort Claims Act 28 U.S.C. §2671 et seq.  over which this Court has exclusive jurisdiction pursuant to 28 U.S.C. §1346(b).

3.     At all times material to this Complaint, plaintiff, S.A., a minor, was a resident El Cajon, California, and the acts of negligence and damages suffered occurred in El Cajon, California.

4.     Plaintiff is informed and believes, and hereby alleges that pursuant to 28 U.S.C.A. §2675 et seq., federal defendant, LA MAESTRA COMMUNITY HEALTH CENTER , was a public or nonprofit private entity receiving Federal funds under §§254(b), 254(c), 256 and/or 256(a) of the Public Health Service Act.  As such, all employees of LA MAESTRA COMMUNITY HEALTH CENTER including, but not limited to, SETAREH JONES, MD, and DOES 1-30, are deemed to be employees of the public health service at the time of the incident, pursuant to the Federally Supported Health Centers Assistance Act of 1992, 42 U.S.C. §233.

5.   Plaintiff is further informed and believes that said  healthcare providers and LA MAESTRA COMMUNITY HEALTH CENTERS, as public health service employees at the time of the alleged incident, were acting within the course and scope of their employment as medical providers pursuant to 42 U.S.C. §233 and 28 U.S.C.A. §2679.

6.     The true names, identities and capacities, whether individual, associate, corporate, or otherwise, of DOES 1-30, inclusive and each DOE in between, are unknown to plaintiff at this time, who therefore sues said defendants by such fictitious

**PERSONAL INJURY COMPLAINT–MEDICAL MALPRACTICE**

names.  When the true names and capacities of such fictitiously designated defendants are ascertained, plaintiff will amend this Complaint to insert said true names, identities, and capacities, together with the proper charging allegations.  Plaintiff is informed and believes, and hereby alleges, that each of the defendants sued herein as a DOE is responsible in some actionable manner for the events and happenings herein alleged and thereby legally caused the injuries and damages to the plaintiff as hereinafter set forth.

7.    Plaintiff properly presented her administrative tort claim, to the Department of Health and Human Services,  under the Federal Tort Claims Act, 28 U.S.C. Secs. 1346 (b), 2401 (b), 2671-2680,  on March 16, 2017.

8.    Plaintiff received notice of final determination of her administrative claim, as required by 28 U.S.C. Sec 2401 (b), 2675 (a),  that her claim was DENIED,  on or about August 10, 2017.

## II.

## FACTUAL ALLEGATIONS OF MEDICAL NEGLIGENCE

9.    Plaintiff, S.A., a minor, suffered from intractable headaches for which she sought treatment from the defendant clinic and physicians for over a year, from August 11, 2015 to August 31, 2016

10.    LA MAESTRA COMMUNITY HEALTH CENTERS AND SETAREH JONES, MD , were negligent in failing to timely perform diagnostic studies and treatment to determine the cause and progressive nature of the plaintiff's  intractable headaches.  Specifically, all defendants, including UNITED STATES OF AMERICA, failed to perform appropriate examinations, failed to order appropriate diagnostic studies, and failed to refer plaintiff to appropriate specialists to determine the cause of her continued headaches.

11.    As a direct proximate and reasonably foreseeable result of the negligence of all defendants, including UNITED STATES OF AMERICA, Plaintiff, S.A., a minor, suffered a devastating ruptured cerebral aneurysm on September 17, 2016 leaving her severely and permanently  brain damaged, unable to walk or talk and totally dependant

PERSONAL INJURY COMPLAINT–MEDICAL MALPRACTICE

on others for her daily needs for the remainder of her life.

12.     As a result of said negligence, plaintiff has incurred and will continue to incur,  damages including, but not limited to,  pain and suffering, disability, parathesia, paraplegia,  mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and lost  earning capacity. Plaintiff's losses are continuing in nature and she will continue to suffer losses and impairments in the future.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that this court enter judgment in her favor and against said defendants as follows:

1.     Medical expenses, past, present and future, lost earning capacity,  lost wages, pain and suffering, future impairment,  and loss of enjoyment of life in the amount of $22,500,000 according to proof.

2.     Costs and attorneys fees incurred in this civil action.

3.     Such further and additional relief at law or in equity that this Court may deem proper.

## DEMAND FOR JURY TRIAL

Plaintiff,  hereby requests a trial by jury in this action of all issues so triable.


DATED: January 9, 2018          LAW OFFICES OF MARSHALL SILBERBERG


By*/s/ Susan N. Dahlin*_____
          Marshall Silberberg, State Bar No. 58303
          Susan N. Dahlin, State Bar No. 198219
          Attorney for Plaintiff,
          S.A., a minor, BY AND THROUGH
          HER GUARDIAN AD LITEM
          EHSAN AL SABAHI

**PERSONAL INJURY COMPLAINT–MEDICAL MALPRACTICE**